AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the


Ticl # 999466/

United States of America
v.
JAMES BERNARD CONNELLY, JR.

*Defendant*

Case: 1:16-mj-00075
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 01/29/2016
Description: Criminal Complaint & Arrest

## ARREST WARRANT

**FILED**
**FEB 0 2 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES BERNARD CONNELLY, JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of 18 U.S.C. 1343 Wire Fraud. See attached Affidavit.

Date: 01/29/2016

City and state:   WASHINGTON D.C.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2 FEB 2016, and the person was arrested on *(date)* 2 FEB 2016
at *(city and state)* WASHINGTON, D.C.

Date: 2 FEB 2016         FBI BY
                         *Arresting officer's signature*

                FBI BY   GREGORY P. BAXTER  / D USM
                         *Printed name and title*